IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

DEVANTE XAVIER REED,

     Appellant,

 v.

Case No.  5D23-2056
LT Case No. 2013-CF-003365-B

STATE OF FLORIDA,

     Appellee.

_____/

Opinion filed August 1, 2023

3.800 Appeal from the Circuit Court
for Seminole County,
Melissa D. Souto, Judge.

Devante Xavier Reed, Lake City, pro
se.

No Appearance for Appellee.

PER CURIAM.

     AFFIRMED.  *See Simpson v. State*, 138 So. 3d 538, 541 (Fla. 4th DCA

2014) ("[T]here is no credit against a prison term for time spent on probation

or community control.").

LAMBERT, JAY and SOUD, JJ., concur.